JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/8/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| PAMELA AYAZ,<br><br>　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　Defendant. | Case No. 2:19-cv-06939-FMO-SS<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　Fernando M. Olguin<br>Ctrm:　6D, 6th Floor<br><br>Complaint Filed:　August 9, 2019 |

Based upon the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. 2:19-cv-06939-FMO-SS, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated November 8, 2019

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　United States District Judge

Case No. 2:19-cv-06939-FMO-SS
ORDER GRANTING JT STIP. TO DISMISS
WITH PREJUDICE

171284.1